**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re

               Case No.

               Chapter

      Debtor(s).

-----------------------------------------------------------x

## APPLICATION FOR AN ORDER DIRECTING CORRECTION
## OF SOCIAL SECURITY NUMBER(S)

To the Hon. _____, Bankruptcy Judge:

  _____, attorney for the above-named Debtor(s), applies to the Court for an order directing that the official record in this case be modified to reflect the correct Social Security Number of the Debtor (and/or Joint Debtor, if applicable). The attorney states the following in support of its application:

  1. This case was commenced by the filing of a petition under Chapter ___ of the Code on _____.

  2. Due to the below-noted filing omission or clerical error, the correct Social Security Number of the Debtor (*and/or* Joint Debtor, if applicable) was not provided to the Court:

    Official Form 21, Statement of Social Security Number, was not submitted at the time of filing of the petition.

    The Social Security Number of the Debtor (and/or Joint Debtor, if applicable) was incorrectly stated on the Official Form 21, Statement of Social Security Number, which accompanied the petition.

    The Social Security Number of the Debtor (and/or Joint Debtor, if applicable) was incorrectly entered into the Court record by the Attorney for the Debtor(s) at the time of filing of the petition over the Internet.

  3. A Statement of Social Security Number (*or* an Amended Statement of Social Security Number) is being filed herewith, correctly stating the Social Security Number(s) of the Debtor(s).

  **WHEREFORE**, attorney for the Debtor(s) prays for an order directing correction of the Social Security Number(s) of the Debtor(s), and for such further relief as the Court deems just.

Dated: _____

               s/ _____
               Attorney for Debtor(s)