UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

    Ruth Aguirre

                        Debtor(s).
-----------------------------------------------------------x

Case No. 05-24879 (ESS)

Chapter 7

### ORDER DIRECTING CORRECTION OF SOCIAL SECURITY NUMBER(S)

Upon the application of  Ruth Aguirre  dated  9/26/05 , and good cause having been shown and no adverse interest being represented, it is

ORDERED, that the official Court record in this case be modified to reflect the correct Social Security Number of the Debtor (and/or Joint Debtor, if applicable), as evidenced by the copy of Official Form 21 (or Amended Official Form 21), Statement of Social Security Number, which has now been submitted to the Court, and it is further

ORDERED, that the time to file a complaint objecting to the Debtor(s)' discharge or the dischargeability of a debt is extended to and including _____; and it is further

ORDERED, that within ten days of the entry of this Order, the Clerk shall give notice as to the foregoing, which notice shall specify the corrected Social Security Number(s), to the trustee, U.S. Trustee, all creditors herein and the following credit reporting agencies (collectively, the "Credit Reporting Agencies"):

| Equifax | Experian | Trans Union Corporation |
|---|---|---|
| P. O. Box 105873 | P. O. Box 2104 | P. O. Box 1000 |
| Atlanta, GA 30348 | Allen, TX 75013-2104 | Chester, PA 19000 |

and it is further

ORDERED, that the Credit Reporting Agencies are directed to change their records to reflect the correct Social Security Number of the above named Debtor (and/or Joint Debtor, if applicable).

Dated: October 14, 2005
       Brooklyn, NY

s / ELIZABETH S. STONG

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

    Ruth Aguirre

                      Debtor(s).
----------------------------------------------------------x

Case No. 05-24879

Chapter 7

*U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
2005 OCT 12 ☐ 2:50
RECEIVED/MR*

## APPLICATION FOR AN ORDER DIRECTING CORRECTION
## OF SOCIAL SECURITY NUMBER(S)

To the Hon. __Elisabeth Stong_____, Bankruptcy Judge:

    __Chris Mills, Esq._____, attorney for the above-named Debtor(s), applies to the Court for an order directing that the official record in this case be modified to reflect the correct Social Security Number of the Debtor (and/or Joint Debtor, if applicable). The attorney states the following in support of its application:

    1. This case was commenced by the filing of a petition under Chapter _7_ of the Code on _September 13, 2005_.

    2. Due to the below-noted filing omission or clerical error, the correct Social Security Number of the Debtor (*and/or* Joint Debtor, if applicable) was not provided to the Court:

- ☐ Official Form 21, Statement of Social Security Number, was not submitted at the time of filing of the petition.

- ☐ The Social Security Number of the Debtor (and/or Joint Debtor, if applicable) was incorrectly stated on the Official Form 21, Statement of Social Security Number, which accompanied the petition.

- ☑ The Social Security Number of the Debtor (and/or Joint Debtor, if applicable) was incorrectly entered into the Court record by the Attorney for the Debtor(s) at the time of filing of the petition over the Internet.

    3. A Statement of Social Security Number (*or* an Amended Statement of Social Security Number) is being filed herewith, correctly stating the Social Security Number(s) of the Debtor(s).

    **WHEREFORE**, attorney for the Debtor(s) prays for an order directing correction of the Social Security Number(s) of the Debtor(s), and for such further relief as the Court deems just.

Dated: _9/26/05_____

                                                          s/ Chris Mills, Esq. CM1300
                                                          Attorney for Debtor(s)

Revised 1/27/04